IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

        Plaintiff,                      2:06-cv-2719-GEB-EFB-P

    vs.

MALFI, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 24, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] In his objections, plaintiff states that he has exhausted administrative remedies. Appended to the objections as Exhibit A is the denial of plaintiff's grievance at the Director's Level of Review on May 22, 2007. Plaintiff filed this suit on November 30, 2006, prior to exhaustion of available administrative remedies. In the court's findings and recommendations filed May 24, 2007, the court advised plaintiff that exhaustion must occur prior to filing suit.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 24, 2007, are adopted in full;

2. Plaintiff's complaint is dismissed without prejudice to its refiling, for failure to exhaust administrative remedies prior to filing suit; and

3. The Clerk is directed to close the case.

Dated: July 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

McKinney v. Carey, 311 F.3d 1198, 1199-1201 (9th Cir.2002). Thus, plaintiff may not exhaust while the suit is pending. McKinney, 311 F.3d at 1199-1201.

2